# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENNIFER MALETTERI, | : |
| | : |
| | : CIVIL ACTION NO.: |
| Plaintiff, | :     5:21-cv-00283-JMG |
| | : |
| v. | : |
| | : Judge John M. Gallagher |
| THE RED ROSE VILLAGE OF LANCASTER, INC., | : |
| | : *Electronically Filed* |
| | : |
| Defendant. | : |
| | : |

## DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Jennifer Maletteri hereby dismisses all of the claims asserted and that could have been asserted in this Complaint, with prejudice, without fees or costs to any party.

**WEISBERG CUMMINGS, P.C.**

February 23, 2021

/s/ *Larry A. Weisberg*
Larry A. Weisberg
2704 Commerce Drive, Suite B
Harrisburg, PA 17110
(717) 238-5707 (phone)
lweisberg@weisbergcummings.com

*Attorney for Plaintiff*